In the Matter of GRINNELL LITHOGRAPHIC COMPANY, INC., Respondent, *v.* H. H. BUTLER STORES, INC., Appellant.

(Argued November 21, 1929; decided January 7, 1930.)

*Edward Copeland* for appellant.

*Thomas H. Dugan* and *Hersey Egginton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.